ACCEPTED
05-15-00670-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2015 1:27:10 PM
LISA MATZ
CLERK



FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2015 1:27:10 PM
LISA MATZ
Clerk

**DALLAS** HOUSTON PLANO

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332 Fax

**www.GodwinLewis.com**

SHAWN MCCASKILL, SHAREHOLDER
DIRECT DIAL:      214.939.8684
DIRECT FAX:      214.527.3165
Shawn.McCaskill@GodwinLewis.com

June 4, 2015

Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas  75202-4658

> Re:    Court of Appeals No. 05-15-00670-CV
> Trial Court Case No. DC-14-09018
> Lloyds of Dallas Enterprises, LLC v. Tammy Jennings
> Our File 24305.0003

Dear Ms. Matz:

Please accept this letter as our written notification that a check for $70.00 was mailed to the Clerk of the State Court on June 2, 2015, for preparing and providing a copy of the Clerk's Record to the Court of Appeals, Fifth District.  Please call if you have any questions.

Very truly yours,

Shawn M. McCaskill

/nsj

2635477 v1-24305/0003 CORR